UNITED STATES DISTRICT COURT
FOR
THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | |
|---|---|
| Joan Rabushka, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) Case No.: 4:21-cv-00431 |
| | ) |
| Association of Social Work Boards | ) Request for Expedited Hearing and Jury |
|     Defendant | ) Trial |
| | ) |

**MOTION TO DISMISS REQUEST FOR PRELIMINARY INJUNCTION WITH PREJUDICE**

Comes now, Joan Rabushka (Plaintiff), by and through her counsel, Ben Brockert, and do request the court dismiss the motion before it with prejudice. On April 14, 2021 the Plaintiff petitioned the court for a preliminary injunction requiring the defendant provide the accommodations requested by the Plaintiff under Title III of the Americans with Disabilities Act (ADA). Since that time the Plaintiff and the defendant have collaborated to reach a resolution to the issues presented in the motion.

On June 9, 2021 the Parties executed a Release and Settlement of the issues between them, rendering moot the issues presented in the Plaintiff's motion.

Therefore, for the aforementioned reasons, Plaintiff requests that the court dismiss the motion referenced above with prejudice.

Dated this 24th day of June, 2019

Respectfully submitted,

/s/ *Benjamin Brockert*

Benjamin Brockert #69805
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that on the 24th day of June, 2021, I served true and accurate copies of the foregoing document on the following persons through email.

Name: Association of Social Work Boards

Amy Richardson, Attorney for Respondent

amy@atkinsonfirm.com

\s\ Ben Brockert_____

Ben Brockert #69805
Attorney for the Plaintiff