# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOAN RABUSHKA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:21-cv-00431-MTS |
| | ) |
| ASSOCIATION OF SOCIAL WORK BOARDS, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED** with prejudice.

Dated this 24th day of June, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE